**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:26-cv-60631-DSL

LAWRENCE FELTZIN,

      Plaintiff,

v.

SHOPS AT COCONUT CREEK, INC.,
and BAKERY 2000 OF COCONUT CREEK, CORP.,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, LAWRENCE FELTZIN, hereby advises the Court that he has reached an agreement to settle the instant case with Defendants, SHOPS AT COCONUT CREEK, INC., and BAKERY 2000 OF COCONUT CREEK, CORP., via their Counsel. The Plaintiff will file a Voluntary Dismissal with Prejudice dismissing this Action as to this Defendant, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Plaintiff respectfully requests that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this April 9, 2026.

           **THE LAW OFFICE OF RAMON J. DIEGO,**
           *Attorneys for Plaintiff*
           5001 SW 74th Court, Suite 103
           Miami, FL, 33155
           Telephone: (305) 350-3103
           Primary E-Mail: ramon@rjdiegolaw.com

           By: ____*/s/ Ramon J. Diego*_____
           RAMON J. DIEGO
           Florida Bar No.: 689203

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court

by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to

all counsel of record on this April 9, 2026.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: _/s/_Ramon J. Diego_____
RAMON J. DIEGO

2