**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-60631-LEIBOWITZ**

LAWRENCE FELTZIN,

>    *Plaintiff,*

v.

SHOPS AT COCONUT CREEK, INC.
and BAKERY 2000 OF COCONUT CREEK,
CORP.,

>    *Defendants.*

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 9]. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. The *Clerk of Court* is *directed* to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on April 14, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record